IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FAN WANG,** | : | |
| Petitioner | : | **Civ. No. 1:15-cv-2291** |
| | : | |
| v. | : | |
| | : | **Judge Rambo** |
| **CRAIG A. LOWE, et al.,** | : | |
| | : | **Magistrate Judge Schwab** |
| Respondents | : | |

## O R D E R

Before the court is a report and recommendation filed by the magistrate judge in which she recommends that Fan Wang's petition for a writ of habeas corpus be granted, and further, that this court order that a bond hearing be held by an immigration judge and retain jurisdiction over this matter for the limited purpose of ensuring that the hearing is held.

The United States Department of Homeland Security Bureau of Immigration and Customs Enforcement filed a notice that it does not object to the report and recommendation.

**IT IS THEREFORE ORDERED THAT**:

1) The report and recommendation (Doc. 10) is adopted as to the recommendation that the writ of habeas corpus be granted;

2) The Bureau of Immigration and Customs Enforcement shall grant Petitioner Wang a bond hearing **within 14 days** of this order;

3) This court shall retain jurisdiction of this matter for the limited purpose of ensuring the grant of said hearing.

                                         s/Sylvia H. Rambo
                                         SYLVIA H. RAMBO
                                         United States District Judge

Dated: May 17, 2016